IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANT JUAN D. McELROY,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>ERSIE I. JOYNER, Captain,<br><br>　　　　　Defendant(s). | No. C 13-4576 CRB (PR)<br><br>ORDER |

　　　Defendant has filed a motion for summary judgment in this pro se action for damages under 42 U.S.C. § 1983 brought by a former state prisoner. Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than April 17, 2015, and defendant shall file a reply to any opposition within 14 days thereafter.

　　　The hearing noticed for April 10, 2015 is VACATED.

SO ORDERED.

DATED: Mar 25, 2015

　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.13\McElroy, D.13-4576.or2.wpd